AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

US MAGISTRATE COURT
GRG-SDTX
FILED

AUG 13 2014  3C

David J. Bradley, Clerk
Laredo Division

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:14MJ1066 -01 |
| 01 – Victor BARTLETT | ) | -02 |
| 02 – Bruce NORWOOD | ) | |

FPD
DET/PE
8/19/14

*Defendant(s)*

Next Atty DET/PE 8/19/14

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **8/11/2014** in the county of **Jim Hogg** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 Section 841 (a)(1) | Knowingly and unlawfully posses with the intent to distribute a controlled substance listed under Schedule I, of the Controlled Substances Act, to wit; approximately 205.65 kilograms of marijuana. |

This criminal complaint is based on these facts:

See Attachment 1

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Antonelli, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **8/13/2014**

City and state: **Laredo, Texas**

*Judge's signature*

U.S. Magistrate Judge Guillermo R. Garcia
*Printed name and title*

## Attachment 1

On August 11, 2014, Victor BARTLETT and Bruce NORWOOD were arrested by DEA Agents at the United States Border Patrol (USBP) Hebbronville Station for the possession with intent to distribute approximately 205.65 kilograms of marijuana. On August 10, 2014, at approximately 11:30 p.m., BARTLETT approached the USBP checkpoint primary inspection area located on Texas Highway 16 in Hebbronville, Texas. BARTLETT was operating a white in color Recreational Vehicle (RV) identified as a 2006 Ford E-450 camper bearing Texas License plate number CG8-G194. During this time, USBP Agents identified themselves and asked the driver and passengers who were later identified as BARTLETT, NORWOOD, and Angela CONTRERAS where they were coming from and where their final destination was for the evening. BARTLETT stated to the USBP Agent that they had just come from South Padre Island and that they were headed to Dallas, Texas. During the immigration inspection of the driver and passengers, USBP K-9 "Dragon" performed a non-intrusive free-air sniff of the exterior of the RV. During this time, "Dragon" alerted to the rear of the RV for the presence of contraband. At this point, the RV was referred to the secondary area for further inspection. Once at the secondary inspection area all passengers were asked to exit the vehicle. USBP Agents asked BARTLETT for permission to enter and search the vehicle at which time, BARTLETT agreed. During a search of the RV by USBP Agents, a total of 86 bundles wrapped in black electrical tape and clear wrapping weighing approximately 205.65 kilograms of marijuana were found. After the marijuana seizure, DEA SA Jason Antonelli read BARTLETT and NORWOOD their Miranda Rights, via a DEA Form 13-A. BARTLETT and NORWOOD both stated that they understood their rights and agreed to answer questions, as witnessed by TFA Paul Silva. BARTLETT stated that he rented the RV in his name and knew that he would be picking up and transporting marijuana back to Dallas, Texas in the RV. BARTLETT also stated that he expected to receive payment for his effort. NORWOOD stated that he was supposed to pick up marijuana in the RV with BARTLETT and that he also expected to receive payment for his effort. BARTLETT and NORWOOD were subsequently arrested by DEA Agents and transported to Webb County Jail.